**SEALED**

**FILED**
FEB 1 1 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2716
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                                     2:16-SW-0067   CKD

11 IN THE MATTER OF THE APPLICATION     CASE NO.
   OF THE UNITED STATES OF AMERICA TO
12 SEARCH THE PREMISES AT 11753         [~~PROPOSED~~] ORDER RE: REQUEST TO SEAL
   HIDDEN VALLEY ROAD, GRASS VALLEY,   DOCUMENTS
13 CALIFORNIA 95949

14

15

16    Upon application of the United States of America and good cause having been shown,

17    IT IS HEREBY ORDERED that the search warrant, application for search warrant, search

18 warrant affidavit underlying the application, and this order in the above-entitled proceeding shall be

19 filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

20    IT IS SO ORDERED.

21 Dated: 2/11/2016

22                                          _____
                                            HONORABLE CAROLYN K. DELANEY
23                                          UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

[PROPOSED] ORDER RE: REQUEST TO SEAL          1
DOCUMENTS